## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUAN M. RAMIREZ and IRENE RAMIREZ,<br><br>    Plaintiffs,<br><br>v.<br><br>CESAR DE LA ROSA GERMOSEN;<br>RYDER TRUCK RENTAL; MOE DOES,<br>CURLY DOE, LARRY DOE and/or THREE<br>STOOGES CORPORATION (fictitious names<br>for the persons, partnerships and/or<br>corporations intended),<br><br>    Defendants. | Civil Action No.:<br><br><br><br>**NOTICE OF REMOVAL** |

Defendant, Ryder Truck Rental, Inc. (hereinafter "Ryder"), seeks removal of this action to the United States District Court for the District of New Jersey.  In support of removal, Ryder states the following:

1.      Plaintiffs commenced this action on or about January 16, 2019 in the Superior Court of New Jersey, Law Division, Essex County by filing a complaint bearing Docket No. ESX-L-375-19.   (***Exhibit A*** - Plaintiffs' complaint.)

2.      According to Plaintiffs' complaint, Plaintiffs are citizens of New Jersey.  (*Id*.)

3.      Ryder Truck Rental, Inc., is a citizen of Florida with its principal place of business in Miami, Florida.

4.      Defendant Cesar De La Rosa Germosen has not yet been served. However, his is a citizen of Florida. (***Exhibit B***- *Police Report*).

5.      Plaintiffs' Complaint alleges that Plaintiff, Juan Ramirez suffered severe and permanent injuries in the accident at issue. (***Exhibit A***). Thus, upon information and belief, Plaintiffs seek damages in excess of $75,000.

6.      The filing of this Notice of Removal is timely in that it was filed within 30 days of January 21, 2019, which is the date of service upon Ryder. (***Exhibit C*** – Filed Proof of Service)

7.      Jurisdiction in this Court is proper under U.S.C. § 1332, as there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000. Removal of this action to the District of New Jersey is proper pursuant to 28 *U.S.C.* 1441(a) & (b), and 28 *U.S.C.* § 1332.

**GOLDBERG SEGALLA, LLP**

By:      ***/s/ Christopher P. Midura***
Christopher P. Midura
*Attorneys for Defendant, Ryder Truck Rental, Inc.*

Dated: February 20, 2019

2

# Exhibit A

Jan. 18. 2019  9:18AM                                    No. 2741   P. 18

EINHORN, HARRIS, ASCHER, BARBARITO & FROST
A Professional Corporation
165 E. Main Street
P.O. Box 3010
Denville, New Jersey 07834-3010
(973) 627-7300
Christopher L. Musmanno, Esq.
Attorney ID No. 020031988
*Attorneys for Plaintiffs, Juan M. Ramirez and Irene Ramirez*

| | |
|---|---|
| JUAN M. RAMIREZ and IRENE RAMIREZ, <br><br> Plaintiff, <br><br> vs. <br><br> CESAR DE LA ROSA GERMOSEN, RYDER TRUCK RENTAL, MOE DOE, CURLY DOE, LARRY DOE and/or THREE STOOGES CORPORATION (fictitious names for the persons, partnerships and/or corporations intended), <br><br> Defendants | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION: ESSEX COUNTY <br><br> Docket No. ESX-L-375-19 <br><br><br> Civil Action <br><br> **SUMMONS** |

FROM THE STATE OF NEW JERSEY

TO THE ABOVE-NAMED DEFENDANT(S):     **RYDER TRUCK RENTAL**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written Answer or motion and proof of service with the deputy clerk of the Superior Court in the County above within thirty-five (35) days from the date you receive this Summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the Complaint is one in foreclosure, then you must file your written Answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN 971, Trenton, New Jersey 08625. A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your Answer or motion when it is filed. You must also send a copy of your Answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a

written Answer or motion (with fee of $175.00 for Law Division and $175.00 for Chancery Division and completed Case Information Statement) if you want the Court to hear your defense.

If you do not file a written Answer or motion within thirty-five (35) days, the Court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services Office in the county where you live. A list of these offices is provided. If you do not have an attorney and are eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Michelle M. Smith
*Michelle M. Smith,*
Clerk of the Superior Court

DATED: January 16, 2019

Name of defendant to be served:          **RYDER TRUCK RENTAL**

Address of the defendant to be served:    **3100 Industrial Parkway**
**Jeffersonville, IN 47130**

**ATLANTIC COUNTY**
1Deputy Clerk of the
Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd.
First Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL
609-345-3444
LEGAL SERVICES
609-348-4200

**BERGEN COUNTY**
Deputy Clerk of the
Superior Court
Case Processing Section
Room 119
Justice Center - 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
201-488-0044
LEGAL SERVICES
201-487-2166

**BURLINGTON COUNTY**
Deputy Clerk of the
Superior Court
Central Processing Office
Attn: Judicial Intake
First Floor Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060
LAWYER REFERRAL
609-261-4862
LEGAL SERVICES
609-261-1088

**CAMDEN COUNTY**
Deputy Clerk of the
Superior Court
Civil Processing Office
1st Fl. Hall of Records
101 So. Fifth St.
Camden, NJ 08103
LAWYER REFERRAL
856-964-4520
LEGAL SERVICES
856-964-2010

**CAPE MAY COUNTY**
Deputy Clerk of the
Superior Court
Central Processing Office
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
609-463-0313
LEGAL SERVICES
609-465-3001

**CUMBERLAND COUNTY**
Deputy Clerk of the
Superior Court
Civil Case Management
Office
Broad & Fayette Sts.
P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
856-692-6207
LEGAL SERVICES
856-451-0003

**ESSEX COUNTY**
Deputy Clerk of the
Superior Court
237 Hall of Records
465 Martin L King Jr Blvd
Newark, NJ 07102
LAWYER REFERRAL
973-622-7753
LEGAL SERVICES
973-624-4500

**GLOUCESTER COUNTY**
Deputy Clerk of the
Superior Court
Civil Case Management
Office
Attn: Intake
First Fl., Court House
1 North Broad St., P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
856-848-4589
LEGAL SERVICES
856-848-5360

**HUDSON COUNTY**
Deputy Clerk of the Superior Court
Superior Court
Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Ave.
Jersey City, NJ 07306
LAWYER REFERRAL
201-798-2727
LEGAL SERVICES
201-792-6363

**HUNTERDON COUNTY**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08863
LAWYER REFERRAL
908-735-2611
LEGAL SERVICES
908-782-7979

**MERCER COUNTY**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad St.
P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
609-585-6200
LEGAL SERVICES
609-695-6249

**MIDDLESEX COUNTY**
Deputy Clerk of the Superior Court
Administration Building
Third Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
732-828-0053
LEGAL SERVICES
732-249-7600

Jan. 18. 2019  9.18AM                                    No. 2741   F. 21

**MONMOUTH COUNTY**
Deputy Clerk of the
Superior Court
71 Monument Park
P.O. Box 1262
Court House, East Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
732-431-5544
LEGAL SERVICES
732-866-0020

**MORRIS COUNTY**
Deputy Clerk of the
Superior Court
Civil Division
30 Schuyler Pl.
PO Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
973-267-5882
LEGAL SERVICES
973-285-6911

**OCEAN COUNTY**
Deputy Clerk of the
Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
732-240-3666
LEGAL SERVICES
732-341-2727

**PASSAIC COUNTY**
Deputy Clerk of the
Superior Court
Civil Division
Court House
77 Hamilton St.
Paterson, NJ 07505
LAWYER REFERRAL
973-278-9223
LEGAL SERVICES
973-345-7171

**SALEM COUNTY**
Deputy Clerk of the
Superior Court
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
856-935-5629
LEGAL SERVICES
856-264-2010

**SOMERSET COUNTY**
Deputy Clerk of the
Superior Court
Civil Division Office
New Court House, 3rd Fl.
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
908-685-2323
LEGAL SERVICES
908-231-0840

**SUSSEX COUNTY**
Deputy Clerk of the
Superior Court
Sussex Cty Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
973-267-5882
LEGAL SERVICES
973-383-7400

**UNION COUNTY**
Deputy Clerk of the
Superior Court
First Fl., Court House
2 Broad St.
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
908-353-4715
LEGAL SERVICES
908-527-4769

**WARREN COUNTY**
Deputy Clerk of the
Superior Court
Civil Division Office
Court House
Belvidere, NJ 07823-1500
LAWYER REFERRAL
973-267-5882
LEGAL SERVICES
908-475-2010

EINHORN, HARRIS, ASCHER, BARBARITO & FROST
A Professional Corporation
165 E. Main Street
P.O. Box 3010
Denville, New Jersey 07834-3010
(973) 627-7300
Christopher L. Musmanno, Esq.
Attorney ID No. 020031988
*Attorneys for Plaintiffs, Juan M. Ramirez and Irene Ramirez*

| | |
|---|---|
| JUAN M. RAMIREZ and IRENE RAMIREZ, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION: ESSEX COUNTY |
| Plaintiff, | |
| | Docket No. ESX-L- |
| vs. | |
| | Civil Action |
| CESAR DE LA ROSA GERMOSEN, RYDER TRUCK RENTAL, MOE DOE, CURLY DOE, LARRY DOE and/or THREE STOOGES CORPORATION (fictitious names for the persons, partnerships and/or corporations intended), | COMPLAINT, JURY DEMAND, DESIGNATION OF TRIAL COUNSEL, DISCOVERY DEMANDS AND CERTIFICATIONS |
| Defendants. | |

Plaintiffs, Juan M. Ramirez and Irene Ramirez, residing at 180 E. Kinney Street, in the City

of Newark, County of Essex, and State of New Jersey, by way of Complaint against the defendants

say;

## FIRST COUNT

### (As to Plaintiff, Juan M. Ramirez)

1.      On or about, Friday, June 8, 2018, at approximately 8:01 a.m., Plaintiff, Juan M.

Ramirez, was the owner of a motor vehicle which he was occupying while it was parked on the side

of the road on Elm Street, in the City of Newark, County of Essex, and State of New Jersey.

2.      At the aforesaid time and place, Defendant, Cesar De La Rosa Germosen, was the operator of a motor vehicle owned by Defendant, Ryder Truck Rental, which was on Jefferson Street making a left hand turn onto Elm Street, in the City of Newark, County of Essex, and State of New Jersey.

3.      At the aforesaid time and place, Defendant, Cesar De La Rosa Germosen, negligently, carelessly, and recklessly operated the aforesaid motor vehicle by attempting to make a left hand turn causing the trailer to swing, striking Plaintiff's vehicle, on the front driver's side quarter panel, seriously injuring Plaintiff, Juan M. Ramirez.

4.      As a direct and proximate result of the negligence of Defendant, Cesar De La Rosa Germosen, as aforesaid, Plaintiff, Juan M. Ramirez, sustained severe and permanent personal injuries including, but not limited to; disc herniations at L4-L5 and L5-S1 that impress upon the thecal sac and the disc herniation itself is making contact with the traversing L5 nerve root bilaterally, disc herniations at C4-C5 and C5-C6 that impress on the thecal sac, abnormal right C5-C6 radiculopathy, and right L5-S1 radiculopathy; has been and will be caused great pain and suffering; has been and will be caused to expend large sums of money in an effort to cure himself of his injuries; has been and will be deprived of attending to his usual activities and other great damages.

WHEREFORE, Plaintiff, Juan M. Ramirez, demands Judgment against the Defendants, Cesar De La Rosa Germosen, Ryder Trucking Rental, Moe Doe, Larry Doe, Curly Doe and Three Stooges Corporation (fictitious names for the persons, partnerships and/or corporations intended) jointly and severally for damages, interest, and cost of suit.

## SECOND COUNT

### (As to Plaintiff, Irene Ramirez)

1.    On or about, Friday, June 8, 2018, at approximately 8:01 a.m., Plaintiff, Irene Ramirez, was the passenger in a motor vehicle owned by Plaintiff, Juan M. Ramirez, which was parked on the side of the road on Elm Street, in the City of Newark, County of Essex, and State of New Jersey.

2.    At the aforesaid time and place, Defendant, Cesar De La Rosa Germosen, was the operator of a motor vehicle owned by Defendant, Ryder Truck Rental, which was on Jefferson Street making a left hand turn onto Elm Street, in the City of Newark, County of Essex, and State of New Jersey.

3.    At the aforesaid time and place, Defendant, Cesar De La Rosa Germosen, negligently, carelessly, and recklessly operated the aforesaid motor vehicle by attempting to make a left hand turn causing the trailer to swing, striking Plaintiff's vehicle, on the front driver's side quarter panel, seriously injuring Plaintiff, Irene Ramirez.

4.    As a direct and proximate result of the negligence of Defendant, Cesar De La Rosa Germosen, as aforesaid, Plaintiff, Irene Ramirez, sustained severe and permanent personal injuries including, but not limited to; left lateral disc herniation at L3-L4 with focal extrusion causing left L3 nerve root impression and displacement, L2-L3 disc herniation with left L2 nerve root impression,  and disc herniations at C4-C5 and C5-C6 which are extruded and flatten the right cervical ventral spinal cord; has been and will be caused great pain and suffering; has been and will be caused to expend large sums of money in an effort to cure herself of her injuries; has been and will be deprived of attending to her usual activities and other great damages.

WHEREFORE, Plaintiff, Irene Ramirez, demands Judgment against the Defendants, Cesar De La Rosa Germosen, Ryder Trucking Rental, Moe Doe, Larry Doe, Curly Doe and Three Stooges Corporation (fictitious names for the persons, partnerships and/or corporations intended) jointly and severally for damages, interest, and cost of suit.

### THIRD COUNT

1.      Plaintiffs, Juan M. Ramirez and Irene Ramirez, repeat each and every allegation of the First and Second Counts of the Complaint as though more fully set forth herein.

2.      At all relevant times herein, the Defendants, Cesar De La Rosa Germosen, Ryder Trucking Rental, Moe Doe, Larry Doe, Curly Doe and Three Stooges Corporation, (fictitious names for the persons, partnerships and/or corporations intended), so negligently, carelessly, and recklessly, owned, operated, employed the operator, designed, manufactured, sold, distributed, repaired, modified, renovated, tested, constructed, inspected and/or serviced any part of the motor vehicle involved in the within motor vehicle accident and/or any of its component parts and were otherwise negligent.

3.      As a direct and proximate result of the negligence of the Defendants, Cesar De La Rosa Germosen, Ryder Trucking Rental, Moe Doe, Larry Doe, Curly Doe and Three Stooges Corporation (fictitious names for the persons, partnerships and/or corporations intended), as aforesaid, Plaintiff, Juan M. Ramirez, sustained severe and permanent personal injuries including, but not limited; disc herniations at L4-L5 and L5-S1 that impress upon the thecal sac and the disc herniation itself is making contact with the traversing L5 nerve root bilaterally, disc herniations at C4-C5 and C5-C6 that impress on the thecal sac, abnormal right C5-C6 radiculopathy, and right L5-S1 radiculopathy; has been and will be caused to expend large sums

–4–

of money in an effort to cure himself of his injuries; has been and will be deprived of attending to his usual activities and other great damages.

4.      As a direct and proximate result of the negligence of the Defendants, Cesar De La Rosa Germosen, Ryder Trucking Rental, Moe Doe, Larry Doe, Curly Doe and Three Stooges Corporation (fictitious names for the persons, partnerships and/or corporations intended), as aforesaid, Plaintiff, Irene Ramirez, sustained severe and permanent personal injuries including, but not limited; left lateral disc herniation at L3-L4 with focal extrusion causing left L3 nerve root impression and displacement, L2-L3 disc herniation with left L2 nerve root impression, and disc herniations at C4-C5 and C5-C6 which are extruded and flatten the right cervical ventral spinal cord; has been and will be caused to expend large sums of money in an effort to cure herself of her injuries; has been and will be deprived of attending to her usual activities and other great damages.

WHEREFORE, Plaintiff, Juan M. Ramirez and Irene Ramirez, demand Judgment against the Defendants, Cesar De La Rosa Germosen, Ryder Trucking Rental, Moe Doe, Larry Doe, Curly Doe and Three Stooges Corporation (fictitious names for the persons, partnerships and/or corporations intended) jointly and severally for damages, interest, and cost of suit.

EINHORN, HARRIS, ASCHER,
BARBARITO & FROST, P.C.
Attorneys for Plaintiffs

BY:      _____
CHRISTOPHER L. MUSMANNO

Dated: January 15, 2019

—5—

## JURY DEMAND

Plaintiff requests a trial by jury on all issues involved.

EINHORN, HARRIS, ASCHER,
BARBARITO & FROST, P.C.
Attorneys for Plaintiffs

BY: _____
CHRISTOPHER L. MUSMANNO

Dated: January 15, 2019

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of the Rule 4:25-4, the Court is advised that Christopher L.

Musmanno is hereby designated as trial counsel.

EINHORN, HARRIS, ASCHER,
BARBARITO & FROST, P.C.
Attorneys for Plaintiffs

BY: _____
CHRISTOPHER L. MUSMANNO

Dated: January 15, 2019

## DEMAND FOR INTERROGATORY ANSWERS

Pursuant to R.4:17-1(b)(ii), the Plaintiff hereby demands that all Defendants answer the

uniform interrogatories listed in Form C and C(1) of Appendix II of the Rules of Court.

EINHORN, HARRIS, ASCHER,
BARBARITO & FROST, P.C.
Attorneys for Plaintiffs

BY: _____
CHRISTOPHER L. MUSMANNO

Dated: January 15, 2019

—6—

## DEMAND FOR DISCOVERY OF INSURANCE COVERAGE

The undersigned attorney for Plaintiff hereby demands that proof of all insurance which may extend coverage to the Defendants for the subject incident and the limits of said coverage be furnished to Plaintiff within five days of the date hereof.

EINHORN, HARRIS, ASCHER,
BARBARITO & FROST, P.C.
Attorneys for Plaintiffs

BY: _____
CHRISTOPHER L. MUSMANNO

Dated: January 15, 2019

## NOTICE IN LIEU OF SUBPOENA

Pursuant to R.1:9-1 Plaintiff hereby demands the appearance of each and every named Defendant for the purpose of giving testimony in the above referenced action at the time of trial.

EINHORN, HARRIS, ASCHER,
BARBARITO & FROST, P.C.
Attorneys for Plaintiffs

BY: _____
CHRISTOPHER L. MUSMANNO

Dated: January 15, 2019

-7-

## NOTICE TO PRODUCE DOCUMENTS

1.      Any part of the vehicle that any party to this action alleges was defective as a result of its design, manufacture, preparation for sale or service and as a proximate cause of the incident described in the complaint for which damages are claimed in this action for inspection, examination, photographing and testing, if necessary, at the facilities of the defendant serving this request for production.

2.      All photographs of the vehicle or any of its parts that exist so that copies can be made.

3.      All photographs of the scene of the accident or incident complained of and for which damages are claimed in this action so that copies can be made.

4.      All work orders, invoices or other documents relating in any way to the purchase, service, maintenance, repair or work of any kind done on the vehicle before the time of the incident described in the complaint for which damages are claimed in this action so that copies can be made.

5.      All work orders or other documents and invoices, repair estimates and bills relating in any way to the repair, service, maintenance or sale of the vehicle after the time of the incident described in the complaint for which damages are claimed in this action so that copies can be made.

6.      Any contracts, subcontracts, agreements, and leases which relate in any way to the incident described in the complaint.

7.      Any accident, incident, and investigative reports made by any person, corporation, or business concerning the incident described in the complaint, including any and all reports completed by or submitted to any governmental agency.

8.      The written reports, notes and any other documents made by any expert, mechanic or other person who examined the vehicle or any part of it after the time of the incident described in the complaint for which damages are claimed in this action so that copies can be made.

−8−

9.     Any document containing or describing a verbal report or statement of any expert, mechanic or other person who examined the vehicle after the incident described in the complaint for which damages are claimed in this action so that copies can be made.

10.     The written reports, notes and other documents made by any expert, mechanic or other person who examined any part of the vehicle that any party to this action alleges was defective as a result of its design, manufacture, preparation for sale or service and was a proximate cause of the incident described in the complaint for which damages are claimed in this action so that copies can be made.

11.     Any documents containing or describing the verbal reports or statements of any expert, mechanic or other person who examined any part of the vehicle that any party to this action alleges was defective as a result of its design, manufacture, preparation for sale or service and was a proximate cause of the incident described in the complaint for which damages are claimed in this action so that copies thereof can be made.

12.     Any and all reports, memoranda, letters, statements, and notes prepared or generated by each person whom this defendant anticipates calling as an expert witness at trial.

13.     Any and all documents which this defendant's proposed expert witnesses have relied upon in formulating their opinions, including but not limited to all treatises, articles, books, periodicals, studies, rules, regulations, codes, and other publications.

EINHORN, HARRIS, ASCHER,
BARBARITO & FROST, P.C.
Attorneys for Plaintiffs

BY: _____
CHRISTOPHER L. MUSMANNO

Dated: January 15, 2019

--9--

## CERTIFICATION PURSUANT TO RULE 4:5-1

I, Christopher L. Musmanno, certify that:

1.      I am an attorney at law of the State of New Jersey, attorney for the Plaintiff.

2.      Upon information and belief, the matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration proceeding; and no other action or arbitration proceeding is contemplated. At this time, the Plaintiff knows of no other party who should be joined in the action.

    I CERTIFY that the foregoing statements made by me are true. I am aware that if any of the statements are willfully false, I am subject to punishment.

CHRISTOPHER L. MUSMANNO

Dated: January 15, 2019


## CERTIFICATION PURSUANT TO R. 1:38-7 (b) and (c)

    I, Christopher L. Musmanno, do hereby certify that confidential personal identifiers have been redacted from documents now submitted to the Court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b) and (c).

EINHORN, HARRIS, ASCHER,
BARBARITO & FROST, P.C.
Attorneys for Plaintiffs

BY: CHRISTOPHER L. MUSMANNO

Dated: January 15, 2019

-10-

Jar. 18. 2019   9:18AM                                                        No. 2741   P. 22
ESA L 000375-19   01/16/2019 6:05:12 AM   Pg 1 of 1   Trans ID: LCV20190046

ESSEX COUNTY - CIVIL DIVISION
SUPERIOR COURT OF NJ
465 MARTIN LUTHER KING JR BLVD
NEWARK        NJ 07102
                                          TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (973) 776-9300
COURT HOURS  8:30 AM - 4:30 PM

                        DATE:    JANUARY 15, 2019
                        RE:      RAMIREZ JUAN  VS DE LA ROSA GERMOSEN CESAR
                        DOCKET:  ESX L -000375 19

        THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

        DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

        THE PRETRIAL JUDGE ASSIGNED IS:  HON BRIDGET A. STECHER

        IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      003
AT:  (973) 776-9300.

        IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
  CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
        PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                        ATTENTION:
                                    ATT: CHRISTOPH L. MUSMANNO
                                    EINHORN HARRIS ASCHER BARBARIT
                                    165 E MAIN ST
                                    PO BOX 3010
                                    DENVILLE        NJ 07834-3010

ECOURTS

Jan 18 2019  9:18AM                01/15/2019 10:09.54 AM  Pg 1 of 1 Tran ID: LCV2019        No. 2741      P. 23

# Civil Case Information Statement

**Case Caption:** RAMIREZ JUAN  VS DE LA ROSA GERMOSEN CESAR

**Case Initiation Date:** 01/15/2019

**Attorney Name:** CHRISTOPHER L MUSMANNO

**Firm Name:** EINHORN HARRIS ASCHER BARBARITO & FROST PC

**Address:** 185 E MAIN ST PO BOX 5010 DENVILLE NJ 078343010

**Phone:**

**Name of Party:** PLAINTIFF : RAMIREZ, JUAN, M

**Name of Defendant's Primary Insurance Company (if known):** Claims Advantage

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (VERBAL THRESHOLD)

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Hurricane Sandy related?** NO

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:

Do you or your client need any disability accommodations? NO
        If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
        If yes, for what language:

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

01/15/2019                                    /s/ CHRISTOPHER L MUSMANNO
Dated                                         Signed

**Jodie A. Bennett**

| | |
|---|---|
| **From:** | Pamela L. Ewersmann |
| **Sent:** | Tuesday, January 22, 2019 6:33 AM |
| **To:** | Ryder Claims |
| **Subject:** | LEGAL SUMMONS[1] |
| **Attachments:** | img-190122082934-0001.pdf |

Pamela Nally
Senior Rental Sales Representative
3100 Industrial Parkway
Jeffersonville, IN 47130
812.288.0924 Ext 17
812.283.1287 Fax

**From:** 0114_Rental@ryder.com <0114_Rental@ryder.com>
**Sent:** Tuesday, January 22, 2019 8:21 AM
**To:** Pamela L. Ewersmann
**Subject:** Scan Data from [XRX9C934E266F25][1]

The information contained in this electronic communication and any accompanying document is confidential, may be
attorney-client privileged, and is intended only for the use of the addressee. It is the property of Ryder System, Inc. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful.  If you have received this communication in error, please notify the sender immediately by return
email, and destroy this communication and all copies of it, including all attachments. Electronic communication
may be susceptible to data corruption, interception and unauthorized tampering and Ryder disclaims all liability
of any kind for such actions or any consequences that may arise directly or indirectly therefrom.

# Exhibit B

Jun. 26. 2018 11:41AM      No. 3488   P. 3

Page: 3 Of 2   ☐ Fatal    **New Jersey Police Crash Investigation Report**    ☑ Reportable   ☐ Non-Reportable   ☐ Change Report

| 1 Case Number | 10 Crash Occured On: ELM STREET | | | | 11 Speed Limit 25 | | | |
|---|---|---|---|---|---|---|---|---|
| P16216988 | | | | W | | | | |
| 2 Police Dept. of NEWARK POLICE DEPARTMENT | Code -- | ☑ At Intersection with | Road Name DR | | 12 Route No. | Suffix | 13 Milepost | 16 Speed Limit 25 |
| 3 Station/Precinct -- | | ☐ Feet ☐ Miles | N W☐ ☐E S☐ | of: JEFFERSON STREET | | | | |
| 4 Date of Crash mm dd yy 06 08 18 | 5 Day of Week Fri | 6 Time (use 2400 hrs) 08:01 | 7 Municipality Code 0714 | 8 Total Killed 0 | 9 Total Injured 0 | 21 Latitude | 20 Route Name/ Route No. | 22 Longitude |

| 23 Veh # 1 | 24 Policy No E-35726-39 | | | 25 NJ Ins Code ACCORD | 53 Veh # 2 | 54 Policy No PAAB0002078408 963 | | 55 NJ Ins Code |
|---|---|---|---|---|---|---|---|---|
| | ☐ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp to Emergency ☐ Hit & Run | | | | | ☑ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp to Emergency ☐ Hit & Run | | |
| 26 Driver's First Name CESAR | Initial DE LA | Last Name ROSA GERMOSEN | 28 Sex M | | 56 Driver's First Name | Initial | Last Name | 59 Sex |
| 27 Number & Street 624 SW 1ST ST APT 510 | | | | | 57 Number & Street -- | | | |
| 28 City MIAMI | State FL | Zip 33130 | | | 58 City -- | | State | Zip |
| 30 Eyes 02 | DL Class A | Restrictions NONE | Endorsements NO | 31 State FL | 60 Eyes -- | DL Class -- | Restrictions | Endorsements | 61 State -- |
| 32 Drivers License No D462-100-52-065-0 | | 33 DOB mm dd yy 02 25 52 | 34 Expires mm yy 02 26 | | 62 Drivers License No -- | | 63 DOB mm dd yy -- | 64 Expires mm yy -- |
| 35 Owner's First Name ☐ Same As Driver | Initial RYDER TRUCK RENTAL | Last Name | | | 65 Owner's First Name ☐ Same As Driver | Initial JUAN M. RAMIREZ | Last Name | |
| 36 Number & Street 3100 INDUSTRIAL PARKWAY | | | | | 66 Number & Street 180 E. KINNEY STREET | | | |
| 37 City JEFFERSONVILLE | | State IN | Zip 47130 | | 67 City NEWARK | | State NJ | Zip 07105 |
| 38 Make FRT | 39 Model TRACTOR | 40 Color -- | 41 Year 2017 | 42 Plate No. IN | 43 State IN | 68 Make CAD | 69 Model ESCALADE | 70 Color WT | 71 Year 2003 | 72 Plate No. 26DFFT | 73 State NJ |
| 44 VIN 3AKJGLDR0HSJA1124 | | | 45 Expires 10 18 | | | 74 VIN 1GYEK63N43R256493 | | | 75 Expires 04 19 |
| 46 Vehicle Removed To -- | | | | | 76 Vehicle Removed To -- | | | |

| 47 Authority | | | | 77 Authority | | | |
|---|---|---|---|---|---|---|---|
| ☐ Owner ☑ Driver ☐ Police | | | | ☑ Owner ☐ Driver ☐ Police | | | |
| 48 Alcohol/Drug Test Given: ☑ No ☐ Yes ☐ Refused Type: ☐ Breath ☐ Blood ☐ Urine Results : 0 . % ☐ Pending | 49 Hazardous Material ☑ None ☐ On Board ☐ Spill Hazard Class Placard No. | | | 78 Alcohol/Drug Test Given: ☑ No ☐ Yes ☐ Refused Type: ☐ Breath ☐ Blood ☐ Urine Results: 0 . % ☐ Pending | 79 Hazardous Material ☑ None ☐ On Board ☐ Spill Hazard Class Placard No. | | |
| 50 Carrier No. ☐ USDOT -- ☐ None ☐ MC/MX | 51 Commercial Vehicle Weight ☐ < 10,000 lbs ☐ 10,001 - 26,000 lbs ☐ > 26,001 lbs | | | 80 Carrier No. ☐ USDOT ☐ None ☐ MC/MX | 81 Commercial Vehicle Weight ☐ < 10,000 lbs ☐ 10,001 - 26,000 lbs ☐ > 26,001 lbs | | |
| 52 Carrier name -- | | | | 82 Carrier name -- | | | |
| Number & Street -- | | | | Number & Street -- | | | |
| City | State | Zip | | City | State | Zip | |

| 135 Damage To Other Property | ☐ Yes (if yes, describe) | ☐ No |
|---|---|---|
| -- | | |

| Oper | 136 Charge -- | 137 Summons No -- | Oper | 138 Charge -- | 139 Summons No -- |
|---|---|---|---|---|---|
| Oper | 140 Charge -- | 141 Summons No -- | Oper | 142 Charge -- | 143 Summons No -- |

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Address of Occupants - if Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | | -- | -- |
| B | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | | -- | -- |
| C | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | | -- | -- |
| D | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | | -- | -- |

NJTR - 1 (Rev, 01/17)

06/26/2018

Jun. 26. 2018 11:41AM                                              No. 3488   P. 4
PAGE ___2___ OF ___2___

| New Jersey Police Crash Investigation Report | Police: NEWARK POLICE DEPARTMENT | Code: 01 |
|---|---|---|
| Motor Vehicle Crash Description | Station: 3RD | Case No: C18028317 |

(Refer to vechicle by number)

| Veh Occ | Pos In/On | Eject | Phys Cond | Age | Sex | Loc Inj | Type Inj | Ref Med | Equip Avail | Equip Used | Bag Dept | Hosp Code | Names & Address of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | |
| 02 | 01 | 01 | -- | 38 | M | -- | -- | 01 | 00 | 00 | -- | -- | RAMIREZ, JUAN M.                   -- |
| | | | | | | | | | | | | | 180 E. KINNEY STREET, NEWARK NJ 07105 |
| 02 | 03 | 01 | -- | 40 | F | -- | -- | 01 | 00 | 00 | -- | -- | RAMIREZ, IRENE A                   -- |
| | | | | | | | | | | | | | |
| 02 | 04 | 01 | -- | 6 | M | -- | -- | 01 | 05 | 05 | -- | -- | RAMIREZ, TYLER |
| | | | | | | | | | | | | | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | |

PO DASILVA, GUSTAVO
_____ SM (Rev. 01/17)         Officer's Signature

9013
Badge Number

Case 2:19-cv-06233-WJM-MF Document 1 Filed 02/20/19 Page 24 of 29 PageID: 24

| | | | New Jersey Police | | | | | | | | Case Number | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Crash Investigation Report | | | | | | | | P18216988 | | PAGE | 2 | OF | 2 |

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Address of Occupants If Deceased, Date & Time of | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | | -- | |
| F | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | | -- | |
| G | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | | -- | |
| H | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | | -- | |
| I | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | | -- | |
| J | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | | | | -- | |

**144 Crash Diagram**



Show North by Arrow
(Not to Scale)

Veh#1

Elm St

Veh#2

Jefferson St

**145 Crash Description**

DRIVER OF VEH#1 STATES HE WAS MAKING A LEFT TURN ONTO JEFFERSON STREET WHEN HIS TRAILER UPON SWINGING, STRUCK VEH#2 IN FRONT DRIVERS SIDE QUARTER PANEL. VEH#2 WAS PARKED.

NO POLICE PURSUIT. NO INJURIES.

| 146 Officer's Signature | 147 Badge No. | 148 Reviewed By | Badge No. | 149 Case Status |
|---|---|---|---|---|
| PO DASILVA, GUSTAVO | 9013 | LT WHITE, DARRELL | 6502 | ☐ Pending  ☐ Complete |

NJTR - 1 (Rev. 01/17)

06/26/2018

## New Jersey Police Crash Investigation Report

Page: 1  Of 2  ☐ Fatal

☑ Reportable  ☐ Non-Reportable  ☐ Change Report

| 1 Case Number | 10 Crash Occured On ELM STREET | | 11 Speed Limit 25 | 118a 02 |
|---|---|---|---|---|

P18216988

2 Police Dept. of NEWARK POLICE DEPARTMENT  Code --

☑ At Intersection with  Road Name  W  Dr  of JEFFERSON STREET
☐ Feet
☐ Miles

12 Route No  Suffix  13 Milepost -- -- --

118b 02

1B Speed Limit 25

119a 25

3 Station/Precinct  14  15

N  E
S  W
☐ Ramp  ☐ To  ☐ From

17 Cross Road Name/Route No. --

NB  EB
SB  WB

119b 25

| 4 Date of Crash mm dd yy  06 08 18 | 5 Day of Week Fri | 6 Time (use 2400 hrs) 08:01 | 7 Municipality Code 0714 | 8 Total Killed 0 | 9 Total Injured 0 | 21 Latitude -- | 20 Route Name/ Route No. -- | 22 Longitude -- | 119c 25 |

100a 04

| 23 Veh # 1 | 24 Policy No Z-35726-39 | 25 NJ Ins Code ACCORD | 53 Veh # 2 | 54 Policy No PAA80002078408 | 55 NJ Ins Code 963 | 120a 01 |

101 02

☐ Parked  ☐ Ped  ☐ Pedalcyclist  ☐ Resp to Emergency  ☐ Hit & Run

☑ Parked  ☐ Ped  ☐ Pedalcyclist  ☐ Resp to Emergency  ☐ Hit & Run

120b 01

| 26 Driver's First Name CESAR DE LA ROSA GERMOSEN | Initial | Last Name | 29 Sex M | 56 Driver's First Name | Initial | Last Name | 59 Sex | 121a 01 |

102 01

| 27 Number & Street 624 SW 1ST ST APT 510 | 57 Number & Street -- | 121b 01 |

103 01

| 28 City MIAMI | State FL | Zip 33130 | 58 City -- | State -- | Zip -- | 104 02 |

| 30 Eyes 02 | DL Class A | Restrictions NONE | Endorsements NO | 31 State -- | 60 Eyes -- | DL Class -- | Restrictions -- | Endorsements -- | 61 State -- | 122 03 |

105 03

| 32 Drivers License No D462-100-52-065-0 | 33 DOB mm dd yy 02 | 25 | 52 | 34 Expires mm yy 02 | 26 | 62 Drivers License No -- | 63 DOB mm dd yy -- | 64 Expires mm yy -- | 123 10 |

| 35 Owner's First Name  ☐ Same As Driver  RYDER TRUCK RENTAL | Initial | Last Name | 65 Owner's First Name  ☐ Same As Driver  JUAN M. RAMIREZ | Initial | Last Name | 124 04 |

106 --

| 36 Number & Street 3100 INDUSTRIAL PARKWAY | 66 Number & Street 180 E. KINNEY STREET | 125 04 |

107 --

| 37 City JEFFERSONVILLE | State IN | Zip 47130 | 67 City NEWARK | State NJ | Zip 07105 | 126a 26 |

| 38 Make FRT | 39 Model TRACTOR | 40 Color -- | 41 Year 2017 | 42 Plate No. -- | 43 State IN | 68 Make CAD | 69 Model ESCALADE | 70 Color WT | 71 Year 2003 | 72 Plate No. Z69FFT | 73 State NJ | 126b 26 |

108 23

| 44 VIN 3AKJGLDRXHSJA1124 | 45 Expires 10 | 18 | 74 VIN 1GYEK63N43R258493 | 75 Expires 04 | 19 | 126c 26 |

109 04

| 46 Vehicle Removed To -- | 76 Vehicle Removed To -- | 126d 26 |

110 02

☑ Driven  ☐ Towed Disabled  ☐ Towed Disabled & Impounded
☐ Left at Scene  ☐ Towed Impounded

☑ Driven  ☐ Towed Disabled  ☐ Towed Disabled & Impounded
☐ Left at Scene  ☐ Towed Impounded

126e 26

111 01

| 47 Authority  ☑ Owner  ☑ Driver  ☐ Police | 77 Authority  ☑ Owner  ☐ Driver  ☐ Police | 127a 28 |

112 99

| 48 Alcohol/Drug Test Given: ☑ No ☐ Yes ☐ Refused | 49 Hazardous Material ☑ None ☐ On Board ☐ Spill | 78 Alcohol/Drug Test Given: ☑ No ☐ Yes ☐ Refused | 79 Hazardous Material ☑ None ☐ On Board ☐ Spill | 127b 28 |

113 99

Type: ☐ Breath ☐ Blood ☐ Urine  --

Type: ☐ Breath ☐ Blood ☐ Urine  --

127c 28

114 99

Results 0.  %  ☐ Pending  Hazard Class -- Placard No. --

Results 0.  %  ☐ Pending  Hazard Class -- Placard No. --

127d 28

115 99

| 50 Carrier No.  ☑ USDOT --  ☐ None | 51 Commercial Vehicle Weight ☐ ≤ 10,000 lbs | 80 Carrier No.  ☑ USDOT --  ☐ None | 81 Commercial Vehicle Weight ☐ ≤ 10,000 lbs | 127e 28 |

116 03

☐ MCAMX --  ☐ 10,001 - 26,000 lbs

☐ MCAMX --  ☐ 10,001 - 26,000 lbs

128 26

117 04

☐ > 26,001 lbs

☐ > 26,001 lbs

129 05

| 52 Carrier name -- | 82 Carrier name -- | 130 04 |

| Number & Street -- | Number & Street -- | 131 10 |

| City -- | State -- | Zip -- | City -- | State -- | Zip -- | 132 11 |

| 135 Damage To Other Property  ☐ Yes (If yes, describe)  ☐ No | | 133 02 |

| Oper -- | 136 Charge -- | 137 Summons No -- | Oper -- | 138 Charge -- | 139 Summons No -- | 134 03 |

| Oper -- | 140 Charge -- | 141 Summons No -- | Oper -- | 142 Charge -- | 143 Summons No -- | |

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Address of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| B | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| C | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| D | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

NJTR - 1 (Rev. 01/17)

PAGE __2__ OF __2__

| New Jersey Police Crash Investigation Report | Police: NEWARK POLICE DEPARTMENT | Code: 01 |
|---|---|---|
| Motor Vehicle Crash Description | Station: 3RD | Case No: C18028317 |

(Refer to vehicle by number)

| Veh Occ | Pos InVOn | Eject | Phys Cond | Age | Sex | Loc Inj | Type Inj | Ref Med | Equip Avail | Equip Used | Bag Dept | Hosp Code | Names & Address of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | |
| 02 | 01 | 01 | -- | 38 | M | -- | -- | 01 | 00 | 00 | -- | -- | RAMIREZ, JUAN M.  --  /  180 E. KINNEY STREET, NEWARK NJ 07105 |
| 02 | 03 | 01 | -- | 40 | F | -- | -- | 01 | 00 | 00 | -- | -- | RAMIREZ, IRENE A  --  /  -- |
| 02 | 04 | 01 | -- | 6 | M | -- | -- | 01 | 05 | 05 | -- | -- | RAMIREZ, TYLER  --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --  /  -- |

NJTR-1M (Rev. 01/17)

PO DASILVA, GUSTAVO
Officer's Signature

9013
Badge Number

PAGE __2__ OF __2__

| New Jersey Police Crash Investigation Report | Police: NEWARK POLICE DEPARTMENT | | Code: 01 |
|---|---|---|---|
| Motor Vehicle Crash Description | Station: 3RD | | Case No: C18028317 |

(Refer to vechicle by number)

| Veh Occ | Pas In/On | Eject | Phys Cond | Age | Sex | Loc Inj | Type Inj | Ref Med | Equip Avail | Equip Used | Bag Dept | Hosp Code | Names & Address of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | |
| 02 | 01 | 01 | -- | 38 | M | -- | -- | 01 | 00 | 00 | -- | -- | RAMIREZ, JUAN M.                                    -- <br> 180 E. KINNEY STREET, NEWARK NJ 07105 |
| 02 | 03 | 01 | -- | 40 | F | -- | -- | 01 | 00 | 00 | -- | -- | RAMIREZ, IRENE A <br>                                               -- |
| 02 | 04 | 01 | -- | 6 | M | -- | -- | 01 | 05 | 05 | -- | -- | RAMIREZ, TYLER                                      -- <br>                                               -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |
| -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | --                                             -- <br>                                              -- |

NJTR-1M (Rev. 01/17)

PO DASILVA, GUSTAVO

Officer's Signature

9013

Badge Number

# Exhibit C

ESX-L-000375-19   02/06/2019 1:39:02 PM  Pg 1 of 1 Trans ID: LCV2019230618

JUAN M. RAMIREZ, ET AL

|                              | Plaintiff |
|                              |           |
| vs                           |           |
|                              |           |
| CESAR DE LA ROSA GERMOSEN, ET AL | Defendant |

20190118094236

Superior Court Of New Jersey

ESSEX  Venue

Docket Number: ESX L 375 19

**Person to be served** (Name and Address):
RYDER TRUCK RENTAL
3100 INDUSTRIAL PARKWAY
JEFFERSONVILLE IN 47130
**By serving: RYDER TRUCK RENTAL**

**Attorney:** CHRISTOPHER L. MUSMANNO, ESQ.

**Papers Served:** SUMMONS, COMPLAINT, DEMANDS, NOTICE IN LIEU OF SUBPOENA, NOTICE TO PRODUCE DOCUMENTS, CERTIFICATIONS, TRACK ASSIGNMENT NOTICE, CIS

**AFFIDAVIT OF SERVICE**
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.____

**Service Data:**  [✓] Served Successfully      [ ] Not Served

Date/Time:  1/21/2019        1·35 PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[✓] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Name of Person Served and relationship/title:

Pam Nally, Sr Sales Rep.

**Description of Person Accepting Service:**

SEX: F  AGE: 35  HEIGHT: 5'3"  WEIGHT: 175   SKIN: Caucasian  HAIR: Brown  OTHER: No glasses

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] Appears vacant
[ ] No response on:       Date/Time: _____
                          Date/Time: _____
                          Date/Time: _____

Other:

**ROBIN L. KELLY**
Notary Public
Clark County, State of Indiana
Commission Expires May 24, 2024

**Served Data:**
Subscribed and Sworn to me this

26th  day of January, 20 19

Notary Signature: _____

Robin L. Kelly          5/24/2024
Name of Notary          Commission Expiration

I, Rual Harris was at the time of service a competent adult, over the age of 18 and not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Rual Harris                    1/21/2019
Signature of Process Server          Date

Name of Private Server: _____  Address: 2009 Morris Avenue UNION, NJ 07083 Phone: (800) 672-1952